UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN VALLABHAPURAPU<br>Plaintiff (s)<br>v.<br>BURGER KING CORPORATION<br>Defendant(s). | **C 11-00667 DMR**<br>**SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE II & III   (42 U.S.C. §§ 12131- 89)** |

       **IT IS HEREBY ORDERED** that this action is assigned to the Honorable <u>Donna M. Ryu</u>.  When serving the complaint or notice of removal, the plaintiff or removing defendant   must serve on all other parties a copy of this Order and the assigned judge's pertinent Standing Orders.   This case is otherwise exempt from Civil Local Rule   4-2.  Counsel   must comply with the case schedule listed below unless the Court otherwise orders.

       **IT IS FURTHER ORDERED** that plaintiff or removing defendant serve upon all parties the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California," additional copies of which can be downloaded from the following Internet site: http://www.cand.uscourts.gov.

## CASE   SCHEDULE

| Date | Event | Rule(s) |
|---|---|---|
| **2/14/2011** | **Complaint filed** | |
| **4/15/2011** | **Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline** | **General Order 56; Civil Local Rule 7-11** |
| **7 days before Joint Site Inspection** | **Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of   subject premises** | **FRCivP 26(a); General Order 56 ¶2;** |
| **5/25/2011** | **Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement** | **General Order 56 ¶3,4;** |
| **10 business days after Joint Site Inspection** | **Last day for parties to meet and confer in person to discuss settlement** | **General Order 56   ¶4;** |
| **45 days after Joint Site Inspection** | **Last day for plaintiff to file "Notice of Need for Mediation"** | **General Order 56   ¶6;** |

| 7 calendar days after mediation | Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference | **General Order 56   ¶7; Civil Local Rule 7-11** |
| --- | --- | --- |